Alex J. De Castroverde
Nevada Bar No. 6950
Orlando De Castroverde
Nevada Bar No. 7320
Ryan Samano
Nevada Bar No. 15995
**DE CASTROVERDE LAW GROUP**
1149 S. Maryland Parkway
Las Vegas, Nevada 89104
Tel: 702.222.9999
Fax: 702.383.8741
Email: Ryan@DLGteam.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARMEN AURORA CHERRY, | CASE NO.: 2:25-cv-02033-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (SECOND REQUEST)** |
| SMITH'S FOOD & DRUG CENTERS, INC., d/b/a Smith's Food & Drug, a Foreign Corporation; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff CARMEN AURORA CHERRY and Defendant SMITH'S FOOD & DRUG CENTERS, INC., d/b/a Smith's Food & Drug to extend discovery deadlines set forth in the Scheduling Order, and in support thereof state as follows:

**I. Statement of Discovery Completed**

1. Plaintiff's Early Case Conference List of Witnesses and Production of Documents Under FRCP 26 and five supplements;

2. Defendant's Early Case Conference List of Witnesses and Production of Documents and six supplements;

Page **1** of **6**

3.  Defendant's Request for Production of Documents to Plaintiff;

4.  Defendant's Request for Admissions to Plaintiff;

5.  Defendant's Interrogatories to Plaintiff;

6.  Plaintiff's Request for Production of Documents to Defendant Smith's Food & Drug Centers, Inc.;

7.  Plaintiff's Request for Admissions to Defendant Smith's Food & Drug Centers, Inc.;

8.  Plaintiff's Interrogatories to Defendant Smith's Food & Drug Centers, Inc.;

9.  Plaintiff's Responses to Defendant's Request for Admissions;

10. Plaintiff's Responses to Defendant's Request for Production of Documents;

11. Plaintiff's Answers to Defendant's Interrogatories;

12. Defendant's Responses to Plaintiff's Requests for Production;

13. Defendant's Responses to Plaintiff's Requests for Admission;

14. Defendant's Answers to Plaintiff's Interrogatories;

15. Defendant's First Supplement to Answers to Plaintiff's Interrogatories;

16. Defendant's First Supplement to Response to Plaintiff's Request for Production of Documents;

17. Defendant's Second Supplement to Answers to Plaintiff's Interrogatories;

18. Defendant's Second Supplement to Responses to Plaintiff's Requests for Production of Documents;

19. Plaintiff's Second Set of Requests for Production of Documents to Defendant;

20. Defendant's Response to Plaintiff's Second Set of Requests for Production of Documents;

21. Plaintiff's Second Set of Interrogatories to Defendant;

22. Plaintiff's Third Set of Requests for Production of Documents;

23. Defendant's Answers to Plaintiff's Second Set of Interrogatories;

24. Defendant's Response to Plaintiff's Third Set of Requests for Production of Documents;

25. Site Inspection;

26. Plaintiff's Initial Expert Disclosures;

27. Defendant's Initial Expert Disclosures;

28. Deposition of Plaintiff Carmen Cherry;

29. Deposition of Katie Naylor;

30. Deposition of Lawrence Cruzan;

31. Deposition of Urgent Care Nevada LLC;

## II. Discovery to Be Completed

1. Deposition Shelby Quick

2. Deposition of Cindy Moleres;

3. Deposition of Plaintiff's treating providers;

4. FRCP 30(b)(6) deposition of Defendant;

5. Additional FRCP 26 Disclosures;

6. Additional Written Discovery;

## III. Why Discovery Cannot be Completed in the Time Provided by the Scheduling Order

The parties require additional time to complete all remaining discovery in this matter. The parties have been working to schedule the depositions of Shelby Quick and

Cindy Moleres who were witnesses present at the time of the alleged incident. Defendant Smith's has attempted to produce these witnesses, but due to circumstances outside of Defendant's control the witnesses have not cooperated with the requests. Plaintiff's counsel will need to personally serve and subpoena the witnesses to testify under oath. Additionally, counsel for the parties are working on scheduling a FRCP 30(b)(6) deposition of Defendant Smith's. Ideally, this deposition will take place after the depositions of Shelby Quick and Cindy Moleres.

Furthermore, Plaintiff recently filed a motion to hold non-party Urgent Care Nevada, LLC in contempt after failing to appear at a properly noticed deposition. Plaintiff requires documentation within this entity's possession to support her injury claims. As such, additional time is required to conduct discovery.

Lastly, the parties are set for mediation on June 22 2026. If this matter does not resolve at said mediation, the parties believe that extending discovery will promote judicial economy and further assist in facilitating a resolution of this matter prior to trial.

### IV. Proposed Schedule for Completing All Remaining Discovery

| | **Current Deadline** | **Extension Sought** |
|---|---|---|
| Close of discovery | June 22, 2026 | August 21, 2026 |
| Last day to file dispositive motions | July 20, 2026 | September 18, 2026 |

## V. Current Trial Date

The parties believe that the foregoing proposed discovery dates will not affect the trial date as no such trial date has been set. This Stipulation is not being made for the purpose of unduly delaying discovery or the trial of this matter.

DATED this 16th day of June, 2026          DATED this 16th day of June, 2026.

**DE CASTROVERDE LAW GROUP**          **COOPER LEVENSON, P.A.**

By: /s/ Ryan Samano                        By: /s/ Pooja Kumar
Ryan Samano                               Pooja Kumar, Esq.
Nevada Bar No. 15995                      Nevada Bar No. 012988
1149 S. Maryland Pkwy                     Jerry S. Busby
Las Vegas, NV 89104                       Nevada Bar No. 001107
*Attorney for Plaintiff*                  3016 West Charleston Boulevard - #195
                                          Las Vegas, NV 89102
                                          *Attorneys for Defendant*

Case Name: Cherry v. Smith's Food & Drug Centers, Inc.
Case No.: 2:25-cv-02033-BNW

**ORDER**

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED THAT THE DISCOVERY DEADLINES SHALL BE EXTENDED AS FOLLOWS:

1. Discovery cut off: **August 21, 2026**

2. Dispositive motions: **September 18, 2026**

A separate Amended Scheduling Order will not be issued; all other discovery deadlines will remain as previously scheduled.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: June 17, 2026

Respectfully Submitted by:

**DE CASTROVERDE LAW GROUP**

/s/ Ryan Samano_____

Ryan Samano
Nevada Bar No. 15995
1149 S. Maryland Parkway
Las Vegas, Nevada 89104
*Attorney for Plaintiff*

**Patricia Anaya Navas**

| | |
|---|---|
| **From:** | Kumar, Pooja <PKUMAR@cooperlevenson.com> |
| **Sent:** | Tuesday, June 16, 2026 3:12 PM |
| **To:** | Patricia Anaya Navas |
| **Cc:** | Ryan Samano; Grant, Victoria L. |
| **Subject:** | RE: Cherry v. Smiths; SAO to Extend Discovery Deadlines |

**CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Thank you, Patricia, this looks good. You may affix my electronic signature and file.

Best,
Pooja

*Click here to sign up for the latest Cooper Levenson news.*

**Pooja Kumar, Esquire**
**Cooper Levenson,** Attorneys at Law
3016 W. Charleston Blvd, Suite 195
Las Vegas, NV 89102
Direct Dial: (702) 832-1916
Direct Fax: (702) 832-1917
E-Mail: pkumar@cooperlevenson.com
URL: http://www.cooperlevenson.com
**Cooper Levenson, P.A.**
New Jersey/ Delaware / Nevada / Florida / New York

ATTENTION: This E-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above.  If you are not the intended recipient of this E-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this E-mail is strictly prohibited.  If you have received this E-mail in error, please immediately notify us by telephone at (609)344-3161 or notify us by E-mail at administrator@cooperlevenson.com.  Although Cooper Levenson Law Firm attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result of viruses.

**From:** Patricia Anaya Navas <Patricia@dlgteam.com>
**Sent:** Tuesday, June 16, 2026 2:55 PM
**To:** Kumar, Pooja <PKUMAR@cooperlevenson.com>
**Cc:** Ryan Samano <ryan@dlgteam.com>; Grant, Victoria L. <VGRANT@cooperlevenson.com>
**Subject:** RE: Cherry v. Smiths; SAO to Extend Discovery Deadlines

Hi Pooja,

I've made the requested revisions and provided an updated draft for your review. Please confirm if there are any other revisions, or if I may affix your electronic signature.

Thank you,



**Patricia Anaya Navas**
**Litigation Case Manager**
Patricia@dlgteam.com   |   dlgteam.com
**P** 702.222.9999    **F** 702.383.8741

**DOWNTOWN LAS VEGAS**
1149 S. Maryland Pkwy
Las Vegas, NV 89104

**TIVOLI VILLAGE SUMMERLIN**
410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89145

**HENDERSON**
9555 S. Eastern Ave, Ste 200
Las Vegas, NV 89123

**RENO**
275 Hill St, Ste 300
Reno, NV 89501

    



**Patricia Anaya Navas**
**Litigation Case Manager**
Patricia@dlgteam.com   |   dlgteam.com
**P** 702.222.9999    **F** 702.383.8741

**DOWNTOWN LAS VEGAS**
1149 S. Maryland Pkwy
Las Vegas, NV 89104

**TIVOLI VILLAGE SUMMERLIN**
410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89145

**HENDERSON**
9555 S. Eastern Ave, Ste 200
Las Vegas, NV 89123

**RENO**
275 Hill St, Ste 300
Reno, NV 89501

    

**From:** Kumar, Pooja <PKUMAR@cooperlevenson.com>
**Sent:** Tuesday, June 16, 2026 12:23 PM
**To:** Patricia Anaya Navas <Patricia@dlgteam.com>; Grant, Victoria L. <VGRANT@cooperlevenson.com>
**Cc:** Ryan Samano <ryan@dlgteam.com>
**Subject:** RE: Cherry v. Smiths; SAO to Extend Discovery Deadlines

> **CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Thanks, Patricia. Below are my revisions:

2

On page 1, line 28, please change "five supplements" to "six supplements" as we just served our sixth.

On page 3, line 18, please change "Moreles" to "Moleres." Same on page 4, line 1, as well as page 4, line 8.

In the signature block, Jerry's bar number is 1107, not 11107.

After those changes have been made, I can review and approve the final stip. Thanks so much for drafting and revising!

Best,
Pooja


*Click here to sign up for the latest Cooper Levenson news.*

**Pooja Kumar, Esquire**
**Cooper Levenson,** Attorneys at Law
3016 W. Charleston Blvd, Suite 195
Las Vegas, NV 89102
Direct Dial: (702) 832-1916
Direct Fax: (702) 832-1917
E-Mail: pkumar@cooperlevenson.com
URL: http://www.cooperlevenson.com
**Cooper Levenson, P.A.**
New Jersey/ Delaware / Nevada / Florida / New York

ATTENTION: This E-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above.  If you are not the intended recipient of this E-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this E-mail is strictly prohibited.  If you have received this E-mail in error, please immediately notify us by telephone at (609)344-3161 or notify us by E-mail at administrator@cooperlevenson.com.  Although Cooper Levenson Law Firm attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result of viruses.

**From:** Patricia Anaya Navas <Patricia@dlgteam.com>
**Sent:** Monday, June 15, 2026 3:01 PM
**To:** Kumar, Pooja <PKUMAR@cooperlevenson.com>; Grant, Victoria L. <VGRANT@cooperlevenson.com>
**Cc:** Ryan Samano <ryan@dlgteam.com>
**Subject:** Cherry v. Smiths; SAO to Extend Discovery Deadlines

Good afternoon Pooja,

I've attached a draft of the Stipulation and Order to Extend Discovery Deadlines. Please advise if you have any proposed revisions, or if we can affix your electronic signature and submit.

Thank you,




**Patricia Anaya Navas**
**Litigation Case Manager**

Patricia@dlgteam.com   |  dlgteam.com
**P** 702.222.9999    **F** 702.383.8741

**DOWNTOWN LAS VEGAS**
1149 S. Maryland Pkwy
Las Vegas, NV 89104

**TIVOLI VILLAGE SUMMERLIN**
410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89145

**HENDERSON**
9555 S. Eastern Ave, Ste 200
Las Vegas, NV 89123

**RENO**
275 Hill St, Ste 300
Reno, NV 89501

    



**Patricia Anaya Navas**
**Litigation Case Manager**

Patricia@dlgteam.com   |  dlgteam.com
**P** 702.222.9999    **F** 702.383.8741

**DOWNTOWN LAS VEGAS**
1149 S. Maryland Pkwy
Las Vegas, NV 89104

**TIVOLI VILLAGE SUMMERLIN**
410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89145

**HENDERSON**
9555 S. Eastern Ave, Ste 200
Las Vegas, NV 89123

**RENO**
275 Hill St, Ste 300
Reno, NV 89501

