**SAO**
Alex De Castroverde, Esq.
Nevada Bar No. 6950
Orlando De Castroverde, Esq.
Nevada Bar No. 7320
Ryan Samano, Esq.
Nevada Bar No.15995
**DE CASTROVERDE LAW GROUP**
1149 South Maryland Parkway
Las Vegas, Nevada 89104
Tel: 702.222.9999
Fax: 702.383.8741
Email: Ryan@dlgteam.com
*Attorneys for Plaintiff*

**UNTIED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARMEN AURORA CHERRY,<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., d/b/a Smith's Food & Drug, a Foreign Corporation; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-02033-BNW<br><br>**STIPULATION & ORDER BETWEEN PLAINTIFF CARMEN AURORA CHERRY & NON-PARTY URGENT CARE NEVADA LLC REGARDING ORDER TO SHOW CAUSE** |

Plaintiff CARMEN AURORA CHERRY ("Plaintiff") by and through her counsel of record Ryan Samano, Esq., of De Castroverde Law Group, and Non-Party URGENT CARE NEVADA LLC ("Urgent Care Nevada"), by and through its counsel of record Joshua M. Dickey, Esq., of Bailey Kennedy, hereby stipulate and agree as follows:

On June 2, 2026, Plaintiff filed a Motion to Hold Non-Party Urgent Care Nevada LLC in Contempt for Failure to Comply with Subpoena (the "Motion").

On June 17, 2026 the Court entered a Minute Order, Ordering Urgent Care Nevada to show cause, no later than June 26, 2026, why it should not be held in contempt under Rule 45(g).

On July 6, 2026 the Court entered a Minute Order stating Urgent Care Nevada failed to respond to the Court's Order to Show Cause, giving the party one more chance to show cause, in writing, no later than July 16, 2026.

On July 16, 2026, Urgent Care Nevada filed a response to the Motion.

On July 20, 2026, counsel for the parties met and discussed the issues brought forth in the Motion to hold Urgent Care Nevada in contempt. Based upon this discussion, Urgent Care Nevada produced to Plaintiff the July 21, 2024 intake paperwork initially requested in Plaintiff's subpoena.[1] In addition, as set forth in its Response, Urgent Care Nevada agreed to reimburse Plaintiff's counsel, by check payable to "De Castroverde Law Group," the sum of Three Hundred Ninety-One Dollars and Forty Cents ($391.40) for costs incurred in pursuing Urgent Care Nevada's compliance with subpoena.

Based on the foregoing, Plaintiff withdraws her Motion and Plaintiff and Urgent Care Nevada ask the Court to vacate any hearings on this matter.

IT IS SO STIPULATED.

Dated this 21st day of July, 2026
**DE CASTROVERDE LAW GROUP**

/s/ Ryan Samano
Ryan Samano, Esq.
Nevada Bar No. 15995
1149 South Maryland Parkway
Las Vegas, NV 89104
*Attorney for Plaintiff,*
*Carmen Aurora Cherry*

Dated this 21st day of July, 2026
**BAILEY❖KENNEDY**

/s/ Joshua M. Dickey
Joshua M. Dickey, Esq.
Nevada Bar No. 6621
Jarod B. Penniman
Nevada Bar No. 16299
8984 Spanish Ridge Avenue
Las Vegas, NV 89148
*Attorneys for Non-Party Urgent Care Nevada LLC*

---

[1] As set forth in Urgent Care Nevada's Response, Urgent Care Nevada previously produced, and Plaintiff previously received, radiology imaging, medical records, and billing records in response to the Plaintiff's subpoena.

**ORDER**

Pursuant to the foregoing Stipulation and Order:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to hold Urgent Care Nevada in contempt for failure to comply with subpoena is withdrawn and the hearing on it currently scheduled for August 11, 2026, at 11:00 a.m. is vacated.

UNITED STATES MAGISTRATE JUDGE

DATED: July 22, 2026

Respectfully submitted by:

Dated this 21st day of July, 2026.

**DE CASTROVERDE LAW GROUP**

/s/ Ryan Samano

Ryan Samano, Esq.
Nevada Bar No. 15995
1149 South Maryland Parkway
Las Vegas, Nevada 89104
*Attorney for Plaintiff,*
*Carmen Aurora Cherry*

**Patricia Anaya Navas**

| | |
|---|---|
| **From:** | Joshua Dickey <JDickey@baileykennedy.com> |
| **Sent:** | Tuesday, July 21, 2026 3:49 PM |
| **To:** | Ryan Samano |
| **Cc:** | Patricia Anaya Navas; Alexis Guzman; Jarod B. Penniman |
| **Subject:** | RE: Urgent Care Nevada LLC response to subpoena - 2:25-cv-02033-bnw |
| **Attachments:** | 26.07.21 - DRAFT- SAO re Urgent Care.docx; 26.07.21 - DRAFT- SAO re Urgent Care-Redline.docx |

**CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Hi Ryan, attached please find the Stipulation, with our edits, in clean and redline format. Because we already produced the documents and because we are sending the check to you via mail today, we removed the production of documents and provision of the check from the stipulation and order. Please let me know if you have any questions or comments. Thank you.

Joshua M. Dickey
Bailey Kennedy
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Office Phone: (702) 562-8820
Direct Phone: (702) 851-0050
Fax: (702) 562-8821

jdickey@baileykennedy.com

*This e-mail message is a confidential communication from Bailey Kennedy and is intended only for the named recipient(s) above and may contain information that is a trade secret, proprietary, privileged or attorney work product. If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at 702-562-8820 and delete this e-mail message and any attachments from your workstation or network mail system.*

---

**From:** Ryan Samano <ryan@dlgteam.com>
**Sent:** Monday, July 20, 2026 3:54 PM
**To:** Joshua Dickey <JDickey@baileykennedy.com>
**Cc:** Patricia Anaya Navas <Patricia@dlgteam.com>; Alexis Guzman <AlexisG@dlgteam.com>; Jarod B. Penniman <JPenniman@baileykennedy.com>
**Subject:** RE: Urgent Care Nevada LLC response to subpoena - 2:25-cv-02033-bnw

Josh,

Please see the attached.

DE CASTROVERDE LAW | DOWNTOWN LAS VEGAS
SUMMERLIN • RENO
HENDERSON

**Ryan Samano**
**Attorney**
ryan@dlgteam.com | dlgteam.com
**P** 702.222.9999 **F** 702.383.8741

Attorney Bio Video

**DOWNTOWN LAS VEGAS**
1149 S. Maryland Pkwy
Las Vegas, NV 89104

**TIVOLI VILLAGE SUMMERLIN**
410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89145

**HENDERSON**
9555 S. Eastern Ave, Ste 200
Las Vegas, NV 89123

**RENO**
200 S Virginia St, Ste 550
Reno, NV 89501

**From:** Joshua Dickey <JDickey@baileykennedy.com>
**Sent:** Monday, July 20, 2026 3:29 PM
**To:** Ryan Samano <ryan@dlgteam.com>
**Cc:** Patricia Anaya Navas <Patricia@dlgteam.com>; Alexis Guzman <AlexisG@dlgteam.com>; Jarod B. Penniman <JPenniman@baileykennedy.com>
**Subject:** RE: Urgent Care Nevada LLC response to subpoena - 2:25-cv-02033-bnw

**CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Thanks Ryan. It was good speaking with you. Per the earlier subpoena, I will send you the intake paperwork from July 21, 2024 via separate encrypted email. Separately, I will send a check for the reimbursement of costs via U.S. Mail. At your earliest convenience, please send over the stipulation. Thank you.

Joshua M. Dickey
Bailey Kennedy
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Office Phone: (702) 562-8820
Direct Phone: (702) 851-0050
Fax: (702) 562-8821

jdickey@baileykennedy.com

*This e-mail message is a confidential communication from Bailey Kennedy and is intended only for the named recipient(s) above and may contain information that is a trade secret, proprietary, privileged or attorney work product. If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at 702-562-8820 and delete this e-mail message and any attachments from your workstation or network mail system.*

**From:** Ryan Samano <ryan@dlgteam.com>
**Sent:** Monday, July 20, 2026 11:20 AM
**To:** Joshua Dickey <JDickey@baileykennedy.com>
**Cc:** Patricia Anaya Navas <Patricia@dlgteam.com>; Alexis Guzman <AlexisG@dlgteam.com>
**Subject:** Urgent Care Nevada LLC response to subpoena - 2:25-cv-02033-bnw

You don't often get email from ryan@dlgteam.com. Learn why this is important

Josh,

Thank you for speaking with me on the phone. As mentioned, I did review your client's recent filing. I am agreeable to resolving this matter and taking it off calendar. We just need the intake paperwork that my client filled out at the urgent care on July 21, 2024. We would also appreciate reimbursement of our costs.

I'll start drafting a stipulation and order and send it over to you for review.

Best,

DE CASTROVERDE LAW | DOWNTOWN LAS VEGAS SUMMERLIN • RENO HENDERSON

**Ryan Samano**
**Attorney**
ryan@dlgteam.com | dlgteam.com
**P** 702.222.9999 **F** 702.383.8741

**Attorney Bio Video**

**DOWNTOWN LAS VEGAS**
1149 S. Maryland Pkwy
Las Vegas, NV 89104

**TIVOLI VILLAGE SUMMERLIN**
410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89145

**HENDERSON**
9555 S. Eastern Ave, Ste 200
Las Vegas, NV 89123

**RENO**
200 S Virginia St, Ste 550
Reno, NV 89501

DE CASTROVERDE LAW | DOWNTOWN LAS VEGAS SUMMERLIN • RENO HENDERSON

**Ryan Samano**
**Attorney**
ryan@dlgteam.com | dlgteam.com
**P** 702.222.9999 **F** 702.383.8741

Attorney Bio Video

**DOWNTOWN LAS VEGAS**
1149 S. Maryland Pkwy
Las Vegas, NV 89104

**TIVOLI VILLAGE SUMMERLIN**
410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89145

**HENDERSON**
9555 S. Eastern Ave, Ste 200
Las Vegas, NV 89123

**RENO**
200 S Virginia St, Ste 550
Reno, NV 89501